**Marks Aaron et al., appellees, v. Rudolph Schoeppe, appellant. Gen. No. 24,226.**
Judgment by confession on a warrant contained in lease. Order refusing to vacate. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed March 18, 1919.
Gurdon Williams, for appellant. Mark D. Goodman, for appellees; Ignatz Spitz, of counsel.
Mr. Justice Barnes delivered the opinion of the court.

---

**Mary M. Kenly, executrix of the will of William H. McDoel, deceased, appellee, v. Lewis W. Parker and Gertrude M. B. Parker, appellants. Gen. No. 24,247.**
Suit to foreclose a trust deed. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed March 18, 1919. *Certiorari* denied by Supreme Court (making opinion final).
George G. King, for appellants. Mayer, Meyer, Austrian & Platt, for appellee.
Mr. Justice Barnes delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. John Doe, alias Thomas Farrell, plaintiff in error. Gen. No. 24,357.**
Prosecution for assault and battery. Error to the Municipal Court of Chicago; the Hon. Joseph S. LaBuy, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Reversed and remanded on ground that because of misconduct of the trial judge, defendant had been denied a fair trial. Opinion filed March 18, 1919.
Henry W. Price and Hugh T. Martin, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.
Mr. Justice Barnes delivered the opinion of the court.

---

**Minette Mitcheltree, appellee, v. William F. Netling and Anna J. Kahler, copartners, trading as Netling, Kahler & Company, appellants. Gen. No. 24,193.**
Action for money had and received. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Joseph P. Rafferty, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed and remanded. Opinion filed March 18, 1919.
George A. Schneider, for appellants. Blum, Wolfsohn & Blum, for appellee.
Mr. Justice Matchett delivered the opinion of the court.